IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ross Jr, Ricardo J

Printed: 01/29/09

Case Number: 05 B 20805
Judge: Squires, John H
Filed: 5/24/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 5, 2008
Confirmed: July 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 29,415.95 |  |
| Secured: |  | 15,178.38 |
| Unsecured: |  | 7,365.10 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 1,310.94 |
| Other Funds: |  | 3,361.53 |
| Totals: | 29,415.95 | 29,415.95 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,200.00 | 2,200.00 |
| 2. | Onyx Acceptance Corp | Secured | 15,178.38 | 15,178.38 |
| 3. | Cottonwood Financial Ltd | Unsecured | 1,062.48 | 0.00 |
| 4. | Allied Cash Advance | Unsecured | 264.15 | 586.95 |
| 5. | AmeriCash Loans, LLC | Unsecured | 388.07 | 862.38 |
| 6. | Advance America | Unsecured | 264.15 | 587.00 |
| 7. | RoundUp Funding LLC | Unsecured | 417.09 | 926.86 |
| 8. | AAA Checkmate LLC | Unsecured | 412.13 | 915.85 |
| 9. | Cottonwood Financial Ltd | Unsecured | 923.90 | 2,053.11 |
| 10. | Onyx Acceptance Corp | Unsecured | 2,990.91 | 617.77 |
| 11. | America's Financial Choice Inc | Unsecured | 243.08 | 540.18 |
| 12. | Check N Go | Unsecured | 123.75 | 275.00 |
| 13. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | Sun Cash | Unsecured |  | No Claim Filed |
| 16. | First National Credit Card | Unsecured |  | No Claim Filed |
| 17. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 18. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 19. | First Payday Loan | Unsecured |  | No Claim Filed |
|  |  |  | $ 24,468.09 | $ 24,743.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ross Jr, Ricardo J

Printed: 01/29/09

Case Number:  05 B 20805
Judge:  Squires, John H
Filed:  5/24/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 79.37 |
| 5.5% | 385.79 |
| 5% | 129.22 |
| 4.8% | 230.36 |
| 5.4% | 488.64 |
| 6.5% | (8.72) |
| 6.6% | 6.28 |
|  | $ 1,310.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

